UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
CIVIL ACTION NO. 4:07CV121-J

KRISTI BURNS                                                                           PLAINTIFF

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security                                      DEFENDANT

## MEMORANDUM OPINION AND ORDER

Plaintiff Kristi Burns seeks Supplemental Security Income Benefits which were denied by the Commissioner. This matter was referred to United States Magistrate Judge E. Robert Goebel who recommends that the final decision of the Commissioner be affirmed and the plaintiff's Complaint dismissed.

Plaintiff has timely filed objections to the Magistrate's Report arguing that the Magistrate erred by: 1) finding the ALJ's rejection of the opinions of the treating physician and the licensed psychological practitioner was supported by substantial evidence; 2) finding that the ALJ stated sufficient reasons for rejecting the opinions of the treating specialists; 3) finding that the ALJ's refusal to accept Ms. Burns' testimony as fully credible and the stated reasons for doing so were supported by substantial evidence; 4) finding that the ALJ's determination that the combined effects of Ms. Burns' impairments did not render her totally disabled was supported by substantial evidence; 5) finding that the ALJ did not improperly speculate as to medical conclusions; 6) finding the Commissioner met its burden of proof to show there were a significant number of jobs that Ms. Burns could perform available in the economy. Each of these issues was sufficiently addressed in the Magistrate Judge's Report and Recommendation.

In summary, this Court has conducted a de novo review of the entire record and finds that the analyses and conclusions of the Magistrate Judge mirror those of the undersigned. The Court adopts the Magistrate Judge's Findings of Fact, Conclusions of Law and Recommendation in lieu of writing a separate opinion.

Accordingly, IT IS ORDERED:

1) The Magistrate Judge's Findings of Fact, Conclusions of Law and Recommendation are ADOPTED, and those findings and conclusions are incorporated by reference herein;

2) The final Decision of the Commissioner denying benefits is AFFIRMED; and

3) Plaintiff's Complaint is DISMISSED, with prejudice.

This is a final and appealable Memorandum Opinion and Order, and there is no just cause for delay.